# In The United States Court of Federal Claims

No. 11-723C

(Filed: October 28, 2013)

_____

GORDON JAMES KLINGENSCHMITT,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Oral argument on defendant's motion to dismiss and, alternatively, motion for judgment upon the administrative record, will be held in this case on Thursday, November 14, 2013, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED**.

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge